

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00586-CV

**IN RE THE COMMITMENT OF** Robert **HAMPTON**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000455
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's June 13, 2022 Final Judgment and June 13, 2022 Order of Commitment are AFFIRMED. We order that no costs be assessed against appellant because he is indigent.

SIGNED July 19, 2023.

Beth Watkins, Justice